[No. 14069-5-III.    Division Three.   May 1, 1997.]

JAMES YAEGER, ET AL., *Respondents*, v. VICKY
SCHULTZ, ET AL., *Appellants*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated August 21, 1997. See 87 Wn. App. 1024.

[No. 14714-2-III.    Division Three.   May 1, 1997.]

TPM HOLDINGS, INC., *Respondent*, v. ROBERT E.
SWANN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 93-2-00370-8, Jack Burchard, J., entered February 21, 1995. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Munson, J. Pro Tem.

[No. 15147-6-III.    Division Three.   May 1, 1997.]

ESTEVAN GARCIA, *Appellant*, v. DEPARTMENT OF
LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 95-2-00096-1, Carol A. Wardell, J., entered October 4, 1995. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Kurtz and Brown, JJ. Now published at 86 Wn. App. 748.

[No. 15401-7-III.    Division Three.   May 1, 1997.]

THE CITY OF BENTON, *Respondent*, v. OTTO LORZ,
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 95-2-00275-4, Carolyn A. Brown, J., entered November 16, 1995. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Schultheis, J.